# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 13-5252                                        September Term, 2014

1:13-cv-00635-RLW

**Filed On:** November 18, 2014

National Association of Manufacturers, et al.,

      Appellants

    v.

Securities and Exchange Commission, et al.,

      Appellees


**BEFORE:**    Garland, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett*, Pillard, and Wilkins*, Circuit Judges; and Sentelle and Randolph, Senior Circuit Judges

## O R D E R

    Upon consideration of the petitions for rehearing en banc and the joint response thereto; and Amnesty International's motion for leave to file a supplemental brief in support of petition for rehearing en banc and the lodged supplemental brief, it is

    **ORDERED** that that the motion for leave to file is granted. The Clerk is directed to file the lodged document. It is

    **FURTHER ORDERED** that consideration of the petitions be deferred pending disposition of the petitions for panel rehearing.

### Per Curiam

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

          BY:    /s/
                  Jennifer M. Clark
                  Deputy Clerk


*Circuit Judges Millett and Wilkins did not participate in this matter.